UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Yao Ji,
Plaintiff,
v.
Merrick B. Garland, et al.,
Defendants.

Case No. **24-cv-06516-NC**



## NOTICE OF LOST SUMMONS AND REQUEST FOR RE-SERVICE

Plaintiff, Yao Ji, respectfully submits this notice to inform the Court that the original summons sent to the Defendant, **James Wyrough, Director of the USCIS San Jose Field Office**, at the address previously provided, was returned to sender and subsequently lost by USPS.

As a result, Plaintiff was unable to serve the summons at the original address. A new summons with an updated address has been issued and will be served in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Plaintiff respectfully requests the Court accept this notice explaining the inability to serve the original summons and allow the newly issued summons to proceed as the valid service document.

Dated: September 24, 2024
Respectfully submitted,

Yao Ji
Pro Se Plaintiff
965 E El Camino Real, Apt 926, Sunnyvale, CA, 94087
8642072827
yaoj123456@gmail.com

*Yao Ji*
*09/24/24*